**Order entered August 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01098-CV

### IN RE BEAZER HOMES TEXAS, L.P., Relator

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No.**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real parties in interest and respondent file any responses to the petition by August 26, 2013.


/s/     LANA MYERS
JUSTICE